(101 So. 91)

## BARRINGTON v. STATE.   (7 Div. 50.)

(Court of Appeals of Alabama.   June 17, 1924.)

**Criminal law ⬅︎753(2)—If facts not sufficient to sustain conviction, affirmative charge should be given.**

In a criminal prosecution, where the facts are not sufficient to sustain conviction, an affirmative charge, should be given.

Appeal from Circuit Court, Cherokee County; W. W. Haralson, Judge.

Grady Barrington was convicted of an offense, and he appeals.   Reversed and remanded.

Hugh Reed, of Center, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J.   We have examined the facts as set out in the bill of exceptions, and are of the opinion that they are not sufficient to sustain a judgment of conviction. It is but fair to state that the Attorney General concedes this to be the case.

The affirmative charge should have been given as requested, and for the error in its refusal the judgment is reversed and the cause remanded.

Reversed and remanded.